TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondent*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re Khalid Keydsane Mohamed,<br><br>Petitioner, | Case No. 2:25-cv-02562-JAD-NJK<br><br>**Joint Stipulation for Extension of Time for Federal Respondent to File a Response to the Petition for Writ of Habeas Corpus (ECF No. 4)**<br><br>**(First Request)**<br><br>[ECF No. 9] |

Petitioner Khalid Keydsane Mohamed ("Petitioner") and United States Attorney's Office for the District of Nevada ("Federal Respondent"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondent to file a response to the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 4. At present Federal Respondent's response to the Petition is January 20, 2026. On January 15, 2026, Federal Respondent conferred with Petitioner's counsel regarding an extension of time to respond to the Petition. Petitioner's counsel agreed to a seven-day extension, extending the deadline to January 27, 2026. This is the first request for an extension.

///

///

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondent to file a response to the Petition from January 20, 2026, to January 27, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 15th day of January 2026.

TODD BLANCHE
Deputy Attorney General of The United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/Randolph M. Fiedler
RANDOLPH M. FIEDLER
Assistant Federal Public Defender
Nevada State Bar No. 12577
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Randolph_Fiedler@fd.org
*Attorneys for Petitioner*

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorneys

**Order**

Based on the parties' stipulation [ECF No. 9] and with good cause appearing, **the federal respondents' deadline to file a response to the habeas petition is EXTENDED to January 27, 2026.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 16, 2026

2