**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In re Khalid Keysdane Mohamed,

    Petitioner

Case No.: 2:25-cv-02562-JAD-NJK

**Order Setting Briefing Schedule and Hearing on Petitioner's Motion for a Temporary Restraining Order**

[ECF No. 11]

Petitioner Khalid Keysdane Mohamed is a Somali citizen who has lived in the United States since 2010 and was ordered removed in 2015, but Immigration and Customs Enforcement (ICE) officials have been unable to deport him. On July 15, 2025, ICE agents arrested Mohamed, and he has been detained ever since. In December 2025, Mohamed filed a petition for a writ of habeas corpus seeking his release, contending that he has been unlawfully detained. This court appointed him counsel and, on January 23, 2026, his counsel filed a motion for a temporary restraining order (TRO) seeking his immediate release.[1]

IT IS HEREBY ORDERED that the government must file a response to Mohamed's TRO motion by **February 6, 2026.** Mohamed's reply will be due **February 13, 2026**.

IT IS FURTHER ORDERED that Mohamed's TRO motion is **set for hearing at 3:30 p.m. on February 24, 2026,** and will be held **in person before District Judge Jennifer A. Dorsey in Courtroom 6D of the Lloyd D. George Courthouse.**

_____
U.S. District Judge Jennifer A. Dorsey
January 23, 2026

---

[1] ECF No. 11.