**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In re Khalid Keydsane Mohamed,

     Petitioner

Case No.: 2:25-cv-02562-JAD-NJK

**Order Denying Motion for a Temporary Restraining Order and Dismissing Habeas Petition as Moot**

[ECF No. 11]

This habeas case and motion for a temporary restraining order challenge Petitioner Khalid Keydsane Mohamed's prolonged detention in ICE custody pending his deportation to Somalia.[1]  After Mohamed was deported, concerns emerged that he was deported to a third country.[2]  The court set a status hearing for tomorrow to confirm that his deportation was to Somalia and not truncated in Kenya.[3]  But yesterday, the federal respondents filed a declaration from the ICE officer who escorted Mohamed, stating that he watched Mohamed get on a plane bound for Somalia and that the plane departed from the Kenya airport with Mohamed on it.[4]

"When a petitioner challenges the duration of detention and seeks release from custody pending removal, courts find that deportation effectively grants petitioner the relief sought and the petition for writ of habeas corpus is moot."[5]  I find the ICE officer's declaration sufficient to

---

[1] ECF Nos. 4, 11.

[2] ECF Nos. 21, 24, 25. 28.

[3] ECF No. 28.

[4] ECF No. 29-1.

[5] *See, e.g.*, *Mejia v. Semaia*, 2025 WL 2633165, at *2 (C.D. Cal. 2025).

establish that Mohamed was deported to the country identified in his removal order, mooting his motion for a temporary restraining order and habeas petition.

## Conclusion

IT IS THEREFORE ORDERED that petitioner's motion for a temporary restraining order **[ECF No. 11] is DENIED** at moot.  Petitioner's petition for a writ of habeas corpus is **ECF No. 4] is DISMISSED** as moot, the March 12, 2026, hearing is **VACATED,** and the Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
March 11, 2026